UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-3358 PAM/JSM

| | |
|---|---|
| YASHA YI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| MICHAEL CHERTOFF, | ) |
| et al, | ) |
| | ) |
| Defendants. | ) |

Based on the stipulation of the parties and for good cause show, it is hereby

ORDERED that the above entitled case is and shall be dismissed with prejudice and with each party bearing its own costs, expenses and fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this  31st  day of October, 2006.


                                    s/Paul A. Magnuson
                                    HONORABLE PAUL A. MAGNUSON
                                    United States District Court Judge